IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUDY C. THOMAS, | ) |
| Plaintiff, | ) Civil No. 00-1150-JE |
| v. | ) AMENDED JUDGMENT |
| TRANS UNION LLC, a Delaware limited liability company, | ) |
| Defendant. | ) |

This Amended Judgment amends and supersedes the Judgment entered July 30, 2002. Based upon the jury verdict rendered July 29, 2002, and an opinion and order filed on January 29, 2003,

IT IS ORDERED AND ADJUDGED that an amended judgment is entered in favor of Plaintiff Judy C. Thomas and against Defendant Trans Union LLC in the amount of $300,000 in compensatory damages and $1,000,000 in punitive damages for a total of $1,300,000. Pending motions, if any, are DENIED AS MOOT.

DATED this 29th day of January, 2003.

John Jelderks
U.S. Magistrate Judge

AMENDED JUDGMENT